42]   Nicholas M. Masters et al. vs. John H. Bailey Jr., et al.

Where no leave is given at the trial of the cause to turn a case into a bill of exceptions' for the purpose of going to the Court of Errors, it can not be given afterwards.

*Motion by defendants for leave to turn the case into a bill of exceptions.*—On the trial of this cause, a verdict was taken for plaintiffs and exceptions were taking to the ruling and charge of the Circuit Judge, and it appears that counsel on both sides supposed the cause would be carried to the Court of Errors, for final decision. It seems defendants' attorneys preferred having the cause argued before this court as a case, and it was so settled; but supposed there was a clause in it for leave to turn it into a bill of exceptions, until the decision of this court, when defendant's counsel learned there was none.

*Per Curiam.*—This being rather a hard case for defendants, no costs are allowed.

M. T. Reynolds, *Defts Counsel.*     Kimball & Hinsdale, *Defts Attys.*
N. Hill Jr., *Plffs Counsel.*     McVean & Reynolds, *Plffs Attys*
*Decision.*—Motion denied, without costs.

---

John F. Slocum vs. Truman Watkins.

Where plaintiff was so sick as to be unable to attend to business, when cause might have been tried at the circuit, held sufficient excuse to stipulate.

*Motion by defendant for judgment, as in case of non-suit.*—Issue was joined 4th April last ; Circuit held 23d September last. Plaintiff did not notice the cause for trial. The excuse of plaintiff's attorney for not noticing was, that he was sick, and unable to attend to business ; was confined to his room for five weeks previous and up to the time of the circuit.

W. M. Allen, *Defts Counsel.*     E. J. Richardson, *Defts Atty.*
          *Plffs Counsel.*     G. A. Yeomans, *Plffs Atty.*
*Per Curiam.*—Excuse is sufficient for stipulation.
*Decision.*—Motion granted, unless plaintiff stipulate and pay costs.